548 F.2d 354
 Pate
v.
Alabama Board of Pardons and Paroles*#
 No. 76-3211
 United States Court of Appeals, Fifth Circuit
 2/24/77
 
 1
 M.D.Ala.
 
 
 2
 AFFIRMED***
 
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409
 # Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.
 
 
 ***
 Opinion contains citation(s) or special notations